UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW DIXON (#514514)

VERSUS

WARDEN BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-451-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 2, 2015 (doc. no. 34). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction in connection with the plaintiff's potential state law claims. Further, the plaintiff's Motion for Summary Judgment (doc. no. 15) is DENIED and the defendants' Motion for Summary Judgment (doc. no. 11) is GRANTED, dismissing as premature the plaintiff's claim that the defendants have violated his constitutional right to marry, and dismissing, with prejudice, the plaintiff's remaining claims, and this action is DISMISSED.

Baton Rouge, Louisiana, this 21ST day of September, 2015.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA